

**Entered on Docket
November 18, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 873-5903
Anthony@deluca-associates.com

IN THE UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| **In Re:**<br><br>Shawn S Whittington<br>Sharon F Whittington<br><br>**Debtor(s)** | Case No:11-21037-MKN<br>Trustee: KATHLEEN A. LEAVITT<br><br>Chapter: 13<br><br>Hearing Date: October 20, 2011<br>Hearing Time: 3:15 pm |

### ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN

THIS MATTER having come before the Court for a hearing on October 20, 2011, attorney for Debtor(s) appearing on behalf of Debtor(s), proper notice having been given and no opposition being made to the Motion to Value Collateral, "Strip Off" and Modify Rights on the real property located at 7113 Lakeland Rd, Las Vegas, NV.

**IT IS THEREFORE ORDERED THAT Citimortgage Inc**'s claim is "Stripped off" and shall be avoided pursuant 11 U.S.C. Section 506(a).

**IT IS FURTHER ORDERED THAT Citimortgage Inc** shall retain their lien on the real property located at 7113 Lakeland Rd, Las Vegas, NV subject property until such time as the Debtor(s) have completed payment of the Chapter 13 Plan and receive discharge. The mortgage claim shall be deemed as a wholly general unsecured.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7, the instant order will be vacated.

DATED this September 5, 2011

Submitted by:  Approved as to Form and Content by:
/s/ ANTHONY J DELUCA
_____  _____
ANTHONY J. DELUCA, ESQ.  KATHLEEN A. LEAVITT
7580 West Sahara Avenue  CHAPTER 13 STANDING TRUSTEE
Las Vegas, NV 89117
Attorney for Debtor(s)

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

<u>Party</u>                                              <u>Approved</u>      <u>Disapproved</u>     <u>Failed to Respond</u>

_X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the                                                                                                                                order.